# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED
AUG 1 1 2011
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CAROL EILEEN PARRISH )
)
Plaintiff )
)
vs. )  Case No. 11-1300
)  (The case number will be assigned by the clerk)
CATFISH BEND INN AND )
SPA )
_____ )
_____ )
_____ )
_____ )
_____, )
)
Defendant(s) )

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☒  Other federal law: CIVIL RIGHTS

☐  Unknown _____

## I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: CAROL EILEEN PARRISH

Prison Identification Number: _____

Current address: 1417 Summit Drive Pekin Illinois 61554

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: CATFISH BEND INN AND SPA.

Current Job Title: 3001 Wineguard Drive

Current Work Address: Burlington Iowa 52601

Defendant #2:

Full Name: PAT NELSON

Current Job Title: Manager on Duty

Current Work Address: 3001 Wineguard Drive Burlington Iowa 52601

Defendant #3:

Full Name: BOB WINKLER

Current Job Title: Assistant General Manager

Current Work Address 300 ¼ Wineguard Drive Burlington, Iowa 52601

Defendant #4:

Full Name: Robert S. Wright

Current Job Title: Front Desk Clerk

Current Work Address 3001 Wineguard Drive Burlington, Iowa 52601

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_For additional defendants, provide the information in the same format as above on a separate page._

### III. LITIGATION HISTORY

_The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g)._

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☑

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number
   _____

2. Basic claim made   CiViL   RigHTS   VioLiATeD

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☐   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☐   No ☐

If your answer is no, explain why not _____
_____

C. Is the grievance process completed?   Yes ☐   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _____

Date(s) of the occurrence  JANUARY 17TH 2010

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

I am Carol Parrish and my sister Bonnie Isaacs went to Catfish Bend Inn and Spa for the night with my service dog. We were given a room by the desk clerk, Robert S. Wright. About 5 minutes after we got in the room Pat Nelson, manager came knocking at the door and said we couldn't stay and to get our things and come to front desk. She ask for proof that my dog was a service dog and I didn't have it with me. Businesses may ask if your animal is a service animal and what tasks they do but cannot require special I.D. cards or proof for the animal. So since I had no proof with me she said we have to leave the hotel. I told her I could file a complaint on her with A.D.A. Pat Nelso bent over me, I was in a wheel chair, and she said I dont care where you go butt you cant stay here and as far as complaint do what you got to do in a very angry voice. So we left. I was so upset. Had to take my heart medicine. She was very

Rude.

Robert S. Wright seemed nice. The desk clerk. While I was waiting for Pat Nelson to come back to front desk. He looked up the police dept. for me. I called and they said they couldn'd do anything it was a federal offense and I could file a complaint against them with A.D.A.

After a long year with ADA they sent me a letter saying they don't have funds to take this to court. Said not saying whether I was right or wrong they just can't afford it. I thought that was a waste and I was so upset. I even went through mediation and the manager tried to bribe the mediator. Told him if he comes there they will show him good time.

I have been so upset had to go to Doctor and get stronger nerve pills. Seems big companys get away with anything they have money I am disabled.

I WOULD HOPE THEY STOP BREAKING FEDERAL LAW. AND ASK FOR SOME KIND OF COMPENSATION FOR THE WAY I WAS TREATED. IT STILL UPSETS ME. I STILL CRY SOMTIMES AND I HAVE BAD HEART. THEY ARE STILL ASKING FOR PROOF I CALLED AND ASK IF I COULD STAY WITH MY SERVICE DOG AND THEY SAID I NEED EVIDENCE ITS A SERVICE DOG AT FRONT DESK.

HAVE NEVER BEEN TREATED SO AWFUL I DONT WANT TO GO STAY THERE AGAIN

SOME FORM OF MONITARY RELIEF WOULD HELP FOR ALL THEY PUT ME THROUGH.

THANK YOU

RELIEF REQUESTED

(State what relief you want from the court.)

JURY DEMAND       Yes ☑    No ☐

Signed this _AUGUST_ day of _10 TH_, 20_11_.

_Carol Parish_
(Signature of Plaintiff)

| Name of Plaintiff: Carol Parish CA | Inmate Identification Number: |
|---|---|
| Address: 1417 Summit Drive Pekin, IL. 61554 | Telephone Number: 309-635-3774 |

TUES. CALLED
ADA 9/14 4/23 32
600-

**Catfish Bend**
INN & SPA

Catfish Bend Inn & Spa
3001 Winegard Drive
Burlington, IA 52601
(319) 237-1201  Fax: (319) 237-1256
Email: CBIS@catfishbendcasino.com
Reservations: 866-792-9948

ISLE AMANDA

AT
BurlingTon
IA.


isle
CASINO · HOTEL
BETTENDORF

CATFISH
BEND
INN

DiRECTOR  OF
RESORCES
     MORLEY

Robert S Wright
Front Desk CBIS

PAT Nelson
           M.O.D

ASS. GEN. MANAGER
WINCKLER
BOB

1-800-THE-ISLE • www.theislebettendorf.com



# PEKIN
## PROHEALTH INC.

May 18, 2010

To Whom It May Concern:

Carol Parrish (DOB: 12/01/1949) has been a patient at this practice since January 24, 2008. I have been her primary healthcare provider since that time.

Ms. Parrish is under treatment for numerous chronic medical conditions and has a service dog that assists her. The dog wakes her if she falls asleep without her C-Pap, and performs other functions necessary to her health.

Ms. Parrish should be afforded the civil rights outlined by the Americans with Disabilities Act. Her service animal should accompany her under these guidelines.

Please contact me if additional information is required.

Sincerely,

Ginger Denney, MSN, APRN, FNP, BC
Family Nurse Practitioner

U.S. Department of Justice
Civil Rights Division
*Disability Rights Section*



## Americans with Disabilities Act
# ADA Business BRIEF:
### Service Animals

Service animals are animals that are individually trained to perform tasks for people with disabilities – such as guiding people who are blind, alerting people who are deaf, pulling wheelchairs, alerting and protecting a person who is having a seizure, or performing other special tasks. Service animals are working animals, not pets.

Under the Americans with Disabilities Act (ADA), businesses and organizations that serve the public must allow people with disabilities to bring their service animals into all areas of the facility where customers are normally allowed to go. This federal law applies to all businesses open to the public, including restaurants, hotels, taxis and shuttles, grocery and department stores, hospitals and medical offices, theaters, health clubs, parks, and zoos.

- Businesses may ask if an animal is a service animal or ask what tasks the animal has been trained to perform, but cannot require special ID cards for the animal or ask about the person's disability.

- People with disabilities who use service animals cannot be charged extra fees, isolated from other patrons, or treated less favorably than other patrons. However, if a business such as a hotel normally charges guests for damage that they cause, a customer with a disability may be charged for damage caused by his or her service animal.

- A person with a disability cannot be asked to remove his service animal from the premises unless: (1) the animal is out of control and the animal's owner does not take effective action to control it (for example, a dog that barks repeatedly during a movie) or (2) the animal poses a direct threat to the health or safety of others.

- In these cases, the business should give the person with the disability the option to obtain goods and services without having the animal on the premises.

Businesses that serve the public must allow people with disabilities to enter with their service animal

- Businesses that sell or prepare food must allow service animals in public areas even if state or local health codes prohibit animals on the premises.

- A business is not required to provide care or food for a service animal or provide a special location for it to relieve itself.

- Allergies and fear of animals are generally not valid reasons for denying access or refusing service to people with service animals.

- Violators of the ADA can be required to pay money damages and penalties.



Service animals are individually trained to perform tasks for people with disabilities

If you have additional questions concerning the ADA and service animals, please call the Department's ADA Information Line at (800) 514-0301 (voice) or (800) 514-0383 (TTY) or visit the **ADA Business Connection** at www.ada.gov

Duplication is encouraged.    April 2002



U.S. Department of Justice

Civil Rights Division

---

Disability Rights Section - NYA
950 Pennsylvania Avenue N.W.
Washington, DC 20530

DJ# 202-27-38

Carol E. Parrish
1417 Summit Dr.
Pekin, Illinois 61554

    Re:   Catfish Bend Inn & Spa

Dear Ms. Parrish:

    Your correspondence alleging violation of title III of the Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. §§ 12181-12189, was referred to this office because it could not be resolved through the ADA Mediation Program.

    The ADA authorizes the Department of Justice to investigate alleged violations of title III, which prohibits discrimination against persons with disabilities by public accommodations and commercial facilities. However, the Department is not able to pursue every complaint we receive.

    We regret to inform you that, after a careful review of the allegations, we have decided to take no further action on the matter you raised. Our decision does not indicate whether or not we believe there has been a violation of the ADA in this instance. Nor does our decision affect your rights, as an affected individual, to seek correction of the problems you have identified. You are free to file a private suit in Federal court. Your local or state bar association may be able to give names of private attorneys who could assist you. Some Better Business Bureaus are also prepared to help settle ADA complaints.

    In addition, a number of other options are available to you, including consulting state or local authorities or disability rights groups. Enclosed is a list of such organizations serving your area. These listings come from various sources, and our offices cannot guarantee that the listings are current and accurate. If you contact any of these organizations, please let them know that you have received this letter from us, so that they will not forward your complaint to our office.

    The text of the ADA, the Department's regulations, and many technical assistance publications can also be accessed on our ADA Home Page at http://www.ada.gov. If you have any questions concerning the ADA, you may call our information line at (800) 514-0301 (Voice), (800) 514-0383 (TDD). You may also wish to call your regional ADA Technical Assistance Center. By calling (800) 949-4ADA (voice and TDD) you will be connected to the center serving your region. We regret that we cannot be of further assistance in this matter.

    Again, we regret being unable to provide further assistance to you on this matter.

                                  Sincerely,

                              Jeanine Worden
                              Deputy Chief
                      Disability Rights Section
                        Civil Rights Division

Enclosures

325496

