

January 6, 2012

Lipman Law Firm, P.C.
Attn: Jeffrey Lipman
8450 Hickman Road, Ste 16
Clive, Iowa 50325

Information Request for Carol Parrish
Account #: 000065631

Dear Mr. Lipman:

We received your request for information in the above identified case. We will send you the requested records upon receipt of payment. The charge amount is checked for the requested data in this case:

 ____ $10.00 or __X__ $20.00

Please send payment with client so identified to:

Support Services Department
Tazwood Mental Health Center, Inc.
3248 Vandever Ave
Pekin, IL 61554-6257

Sincerely,

Support Services